**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
PHILLYSTINA O ROGERS,                          :
                                               :
                             Plaintiff,        :          23-CV-3612 (PGG) (OTW)
                                               :
                    -against-                  :          **ORDER**
                                               :
ACS/CHILD PROTECTIVE SERVICES OF THE CITY      :
OF NEW YORK GOOD SHEPHERD SERVICES,            :
                                               :
                             Defendants.       :
                                               :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Defendant the City of New York's (the "City") letter dated

August 11, 2023. (ECF 14). The City's motion to adjourn the Initial Case Management

Conference scheduled for **August 16, 2023, at 11:30 a.m.** is **DENIED**. The conference shall

proceed as scheduled.

Counsel for the City shall serve a copy of this Order on *pro se* Plaintiff and file proof of

service by end of day **today, August 11, 2023.**

The Clerk of Court is respectfully directed to close ECF 14.

**SO ORDERED.**

_s/ Ona T. Wang_____

Dated: August 11, 2023                          **Ona T. Wang**
        New York, New York                      United States Magistrate Judge