**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
PHILLYSTINA O ROGERS,                             :
                                                  :
                    Plaintiff,                    :          23-CV-3612 (PGG) (OTW)
                                                  :
              -against-                           :          **ORDER**
                                                  :
ACS/CHILD PROTECTIVE SERVICES OF THE CITY         :
OF NEW YORK GOOD SHEPHERD SERVICES,               :
                                                  :
                    Defendants.                   :
                                                  :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Initial Case Management Conference scheduled for **11:30 a.m. on August 16, 2023**, shall hereby be conducted **telephonically, not in-person**. *Pro se* Plaintiff Ms. Rogers and Defendants shall call into the following phone number: (866) 390-1828, using access code 1582687.

Counsel for the City shall serve a copy of this Order on *pro se* Plaintiff and file proof of service by end of day today, **August 14, 2023.** They shall also notify Plaintiff by phone or email as soon as possible before August 16, 2023.

    **SO ORDERED.**

 

                                                         *s/ Ona T. Wang*
Dated: August 14, 2023                                **Ona T. Wang**
      New York, New York                United States Magistrate Judge