UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PHILLYSTINA O ROGERS,                       :
                                            :
                Plaintiff,          :       23-CV-3612 (PGG) (OTW)
                                            :
             -against-                      :
                                            :       **ORDER**
ACS/CHILD PROTECTIVE SERVICES OF THE CITY   :
OF NEW YORK GOOD SHEPHERD SERVICES,         :
                                            :
                Defendants.         :
                                            :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a telephonic initial case management conference on August 16, 2023. As discussed at the conference, the deadline for *pro se* Plaintiff Phillystina Rogers to file her opposition to Defendant Kalmeesa Stevenson's Motion to Dismiss (ECF 19) and her opposition to Defendant the City of New York's (the "City") anticipated Motion to Dismiss is **September 29, 2023.** The deadline for Defendant Stevenson and Defendant the City to file their replies is **October 13, 2023.**

The deadline for Defendant Stevenson and Defendant the City to file their motions to stay discovery is **September 8, 2023**. The deadline for Plaintiff to file her opposition to Defendant Stevenson's motion to stay discovery and her opposition to Defendant the City's motion to stay discovery is **also September 29, 2023**. There shall not be any replies.

Counsel for the City shall serve a copy of this Order on *pro se* Plaintiff and file proof of service.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: August 16, 2023<br>New York, New York | *s/ Ona T. Wang*<br>**Ona T. Wang**<br>United States Magistrate Judge |