**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
PHILLYSTINA O ROGERS,

            Plaintiff,

            -against-

ACS/CHILD PROTECTIVE SERVICES OF THE CITY OF NEW YORK GOOD SHEPHERD SERVICES,

            Defendants.
------------------------------------------------------------x

23-CV-3612 (PGG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

This case has been referred for mediation to the Court's Mediation Program. *See* ECF Nos. 20, 51. Accordingly, this case is hereby **STAYED** pending mediation. **Upon conclusion of mediation**, the parties shall file a joint status letter reporting the result.

Counsel for the City shall serve a copy of this Order on Plaintiff's pro bono mediation counsel (*see* ECF 51) and file proof of service on the docket by **January 12, 2024**.

        **SO ORDERED.**

Dated: January 4, 2024
      New York, New York

                                        *s/ Ona T. Wang*
                                        **Ona T. Wang**
                                        United States Magistrate Judge