**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

PHILLYSTINA O ROGERS,                            :
                                                 :
               Plaintiff,              :        23-CV-3612 (PGG) (OTW)
                                                 :
         -against-              :        **ORDER**
                                                 :
ACS/CHILD PROTECTIVE SERVICES OF THE CITY        :
OF NEW YORK GOOD SHEPHERD SERVICES,              :
                                                 :
            Defendants.           :
                                                 :

-------------------------------------------------------------x

     **ONA T. WANG**, **United States Magistrate Judge**:

     The Court is in receipt of the parties' submissions concerning discovery prior to, or in support of, mediation. (ECF Nos. 56, 57, 58, 59, 60).

     As the parties are aware, the Court's mediation rules allow for some limited discovery in aid of mediation. *See* ECF 57-1. The parties are encouraged to make reasonable efforts to come to an agreement on making voluntary and confidential disclosures in aid of mediation.

     The Mediation Office is respectfully directed to appoint a new mediator to facilitate confidential settlement discussions in this case. **Upon appointment of a mediator**, the parties are directed to reach out to the mediator to discuss the possibility of exchanging limited, confidential discovery in aid of mediation. The Court will not entertain further letter motions that attempt to circumvent the mediation process.

     **SO ORDERED.**

                                             _s/ Ona T. Wang_

Dated: February 14, 2024                         **Ona T. Wang**
      New York, New York                       United States Magistrate Judge