UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PHILLYSTINA ROGERS, on behalf of a minor Child J.R.,

                           Plaintiff,

                  -against-

ACS/CHILD PROTECTIVE SERVICES OF THE CITY OF NEW YORK GOOD SHEPHERD SERVICES; KALMEESA STEVENSON; SHAKIRA EDMONDS, foster care parent; SHIRLEY, Foster Care parent of Good Shepherd Services; APRIL CAMPBELL, case worker employee for New Alternatives for Children; NEW ALTERNATIVES FOR CHILDREN; PADILLA MILAGRASA, child protective worker; ALICIA FARLEY, Supervisor/employee for New Alternatives for Children; STEPHANIE, foster parent,

                          Defendants.

**ORDER**

23 Civ. 3612 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is ordered that the above-entitled action be, and hereby is, dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within thirty days of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

The Clerk of Court is directed to close the case. Any pending dates and deadlines are adjourned <u>sine</u> <u>die</u>, and any pending motions are moot.

Dated: New York, New York
       June 17, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge